**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GONZALO VILLALOBOS,

    Petitioner,       2:14-cv-02029-RFB-GWF

vs.

                                                **ORDER**

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

_____/

In this habeas corpus action, Respondents filed a Motion to Dismiss (ECF No. 7) on August 12, 2015. The response of Petitioner, Gonzalo Villalobos, was due on August 27, 2015. Villalobos did not file a response by that date.

The court will, *sua sponte*, extend, by 30 days from the date of this order, the time for Villalobos' response to the motion to dismiss.

Villalobos is cautioned that, absent extraordinary circumstances, this will be the last extension of this deadline. If Villalobos does not respond to the motion to dismiss in the time allowed by this order, the court will rule on the motion to dismiss without the benefit of a response by Villalobos. See LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.").

The court will also set a 20-day deadline for Respondents to file a reply in support of their Motion to Dismiss.

**IT IS THEREFORE ORDERED** that Petitioner shall have **30 days** from the date of entry of this order to file a response to Respondents' Motion to Dismiss (ECF No. 7).

**IT IS FURTHER ORDERED** that, after Petitioner files a response to the Motion to Dismiss, Respondents shall have **20 days** to file a reply.

DATED: September 1, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**