**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

GONZALO VILLALOBOS,                )
                                                        )
                       Petitioner,              )          2:14-cv-02029-RFB-GWF
                                                        )
vs.                                                     )
                                                        )          **ORDER**
RENEE BAKER, *et al.*,                    )
                                                        )
                       Respondents.         )
                                                        )
_____/

    **IT IS ORDERED** that the Court reconsiders its previous Order [4] denying appointment of counsel and now **GRANTS** petitioner's request for appointment of counsel.

    **IT IS ORDERED** that the Federal Public Defender's Office is appointed to represent the petitioner in this case.  The Clerk of Court shall serve this Order on the Federal Public Defender's Office.

    **IT IS FURTHER ORDERED** that the petitioner shall have sixty (60) days to file an Amended Petition.

    **IT IS ORDERED** that the Motion [7] to Dismiss is **DENIED without prejudice**. Respondents shall have thirty (30) days from the filing of the Amended Petition to file a motion to dismiss or answer.

1

**Dated** this 31st  day of March, 2016.

2

3

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2