UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GONZALO VILLALOBOS,

    Petitioner,                                            2:14-cv-02029-RFB-GWF

vs.

                                                               **ORDER**

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

_____/

      In this habeas corpus action, the Court appointed counsel for the petitioner, Gonzalo Villalobos, on March 31, 2016 (ECF No. 16) and counsel appeared on his behalf on April 14, 2016 (ECF No. 17). With counsel, Villalobos was due to file an amended habeas petition on May 31, 2016. *See* Order entered March 31, 2016 (ECF No. 16).

      On May 31, 2016, Villalobos filed a motion for extension of time (ECF No. 18), requesting a 120-day extension of time, to September 28, 2016, to file his amended petition. Villalobos' counsel states that the extension of time is necessary because of difficulties communicating with Villalobos, difficulties obtaining the record in his case, and her obligations in other cases. This would be the first extension of this deadline. Respondents do not oppose the extension of time.

1   **IT IS ORDERED** that petitioner's motion for extension of time (ECF No. 18) is **GRANTED**.
2   Petitioner shall have until and including September 28, 2016, to file his amended petition for writ of
3   habeas corpus.

5   Dated this 31st day of May, 2016.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE