RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Amelia_bizzaro@fd.org
Counsel for Petitioner Gonzalo Villalobos

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GONZALO VILLALOBOS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　Respondents. | Case No. 2:14-cv-02029-RFB-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(Second Request)** |

　　　　Petitioner Gonzalo Villalobos, by counsel, moves this Court for an Order extending the time in which he must file an amended petition for writ of habeas corpus by 90 days from September 28, 2016 to, and including, December 27, 2016. This motion is based on the attached points and authorities and the record in this case.

　　　　Dated this 28th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　　　*/s/ Amelia L. Bizzaro*
　　　　　　　　　　　　　　　　　　　　AMELIA L. BIZZARO
　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

POINTS AND AUTHORITIES

1. On October 13, 2000, the state charged Villalobos with several crimes related to a drive-by shooting. The jury convicted him of second-degree murder with use of a deadly weapon, five counts of attempted murder with use of a deadly weapon, and six counts of discharging a firearm out of a motor vehicle. The court sentenced him two consecutive sentences of 10 to life for the second-degree murder and 2 to 5 years for all of the other counts, some of which were consecutive and some of which were concurrent. Villalobos is currently incarcerated at Southern Desert Correctional Center.

2. On March 31, 2016, this Court appointed the Federal Public Defender as counsel for Villalobos. ECF No. 16. Undersigned counsel filed a notice of representation on April 14, 2016. ECF No. 17. On May 31, 2016, Villalobos sought and was granted a previous extension of time. ECF Nos. 18-19. Villalobos' Amended Petition is currently due September 28, 2016. This is counsel's second request for an extension of time.

3. Counsel has been diligently working on Villalobos's case. Counsel has met with him in person with the assistance of a Spanish interpreter and counsel has reviewed the available file.

4. While working on the case, members of counsel's team realized that we did not have all of the transcripts and many had yet to be ordered. We ordered the missing transcripts, which totaled 27 transcripts. The transcripts that the FPD ordered were not previously created or provided to this Court as exhibits by the Respondent. Most transcripts are provided within 30 days; however, given the large number of transcripts we requested, counsel anticipates it may be closer to 60 days. For this reason, Villalobos requests a 90-day extension.

5.     Counsel hopes that this extension will be enough time for the production of the transcripts as well as for counsel to draft and file the amended petition. This request is made in good faith and not solely for the purpose of delay. Rather, the requested 90 days is necessary for counsel to obtain the missing portions of the record and to complete the amended petition.

6.     On September 27, 2016, counsel e-mailed Deputy Attorney General Matthew Johnson about this request. Atty. Johnson does not oppose to the request for an extension of time. However, Atty. Johnson expressed that the lack of objection should not be construed as a waiver of any procedural defenses, as a concession that any amended petition will be considered timely filed, or as a basis for equitable tolling.

7.     For the reasons above, as well as the record in this case, Villalobos respectfully asks this Court to grant the request for an extension of time to file the amended petition and order the amended petition to be filed on or before December 27, 2016.

Dated this 28th day of September, 2016.

Respectfully submitted,

RENE L. VALLADARES  
Federal Public Defender

*/s/ Amelia L. Bizzaro*  
AMELIA L. BIZZARO  
Assistant Federal Public Defender

IT IS SO ORDERED.

_____  
RICHARD F. BOULWARE, II  
United States District Judge  
DATED:   10/10/16.

# CERTIFICATE OF SERVICE

In accordance with the Rules of Civil Procedure, the undersigned hereby certifies that on this 28th day of September, 2016, a true and correct copy of the foregoing was filed electronically with the United States District Court. Electronic service of the foregoing document shall be made in accordance with the master service list as follows:

MATTHEW S. JOHNSON
Deputy Attorney General
Nevada Bar No. 12412
California Bar No. 290630
100 North Carson Street
Carson City, Nevada 89701-4717

　　　　　　　　　　　　　　　　　　　　/s/ Adam Dunn
　　　　　　　　　　　　　　　　　　　　An Employee of the
　　　　　　　　　　　　　　　　　　　　Federal Public Defender,
　　　　　　　　　　　　　　　　　　　　District of Nevada